**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DONALD M. for M.M.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| DONALD M. for M.M., | No.   2:18-CV-107-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 21, 2018.

This is a first extension, though after the initial due date, based on counsel's having several other briefs due, as well as other work.

////

[Pleading Title] - 1

Dated:   December 18, 2018              /s/    *Jesse S. Kaplan*
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff


                                        McGREGOR SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Counsel, Region IX
                                        Social Security Administration


Dated:  December 18, 2018                  /s/ per e-mail authorization

                                        FRANCESCO BENAVIDES
                                        Special Assistant U.S. Attorney
                                        Attorney for Defendant

# **ORDER**

Based on the parties' stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 21, 2018.

SO ORDERED.

Dated:  December 19, 2018

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE